21 So.2d 564

### Cora SMITH v. STATE.
### I Div. 236.

Supreme Court of Alabama.
March 29, 1945.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va., for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., opposed.

SIMPSON, Justice.

Petition of Cora Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Smith v. State, 21 So.2d 564.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.

21 So.2d 565

### Joseph H. MARSH v. STATE.
### I Div. 235.

Supreme Court of Alabama.
March 29, 1945.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va., for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., opposed.

SIMPSON, Justice.

Petition of Joseph H. Marsh for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Marsh v. State, 21 So.2d 565.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.